# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2011

Robert P. Young, Jr.,
Chief Justice

143424

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

RICHARD OLIVER,
      Plaintiff-Appellee,

v

                                           SC: 143424
                                           COA: 296871
                                           Wayne CC: 08-126798-CZ

MICHAEL G. PERRY, LINDA PERRY,
RIVERTOWN CONSTRUCTION
MANAGEMENT, L.L.C., and
MPC LAND, L.L.C.,
      Defendants-Appellants,

and

SPACE PLACE, INC., d/b/a ISLAND
STOW-A-WAY, INC.,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 7, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2011

Clerk

p1220